**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WALTER WHITE,

       Plaintiff,

                                       Case No. 06-12911
v.                                         Hon. Gerald E. Rosen
                                       Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 25, 2007

PRESENT:  Honorable Gerald E. Rosen
                   United States District Judge

On November 14, 2006, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion to dismiss. In support of this motion, Defendant argued that Plaintiff Walter White failed to timely commence this suit within 60 days after receiving the April 17, 2006 adverse decision of the Administrative Law Judge ("ALJ"). Plaintiff did not respond to this motion, nor has he filed objections to the R & R. Upon reviewing the R & R, Defendant's underlying motion, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in

its entirety.  Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 14, 2006 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion to dismiss is GRANTED.

s/Gerald E. Rosen  
Gerald E. Rosen  
United States District Judge

Dated:  September 25, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry  
Case Manager